

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRIS LANGE,                                        CV. 08-393-MA

        Petitioner,                                ORDER

  v.

DON MILLS,

        Respondent.

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#30) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this  11  day of May, 2009.

                                            /s/ Malcolm F. Marsh
                                            Malcolm F. Marsh
                                            United States District Judge

1 -- ORDER